[No. 32413-3-III.   Division Three.   September 1, 2015.]

GRANDVIEW SCHOOL DISTRICT NO. 200, *Appellant*, v. MARIA SANCHEZ ET AL., *Respondents*.

by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32510-5-III.   Division Three.   September 1, 2015.]

BEYONCE NIEVES, *Appellant*, v. WAL-MART STORES, INC., *Respondent*.

by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32563-6-III.   Division Three.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY ANTHONY ZUVELA, *Appellant*.

by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32830-9-III.   Division Three.   September 1, 2015.]

CLUB LEVEL, INC., ET AL., *Appellants*, v. THE CITY OF WENATCHEE ET AL., *Respondents*.

by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.